IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

J&J SPORTS PRODUCTIONS, INC.,

    Plaintiff,

v.                                                       No. 14-cv-0831 SCY/SMV

AMERICAN LEGION POST NO. 99, INC.,

    Defendant.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte.  Plaintiff has failed to take any steps to prosecute its claims for 105 days, or since October 16, 2014.  *See* [Doc. 6] at 2 (Plaintiff's certificate of service).  Accordingly, Plaintiff must show good cause within 30 days why its claims should not be dismissed without prejudice pursuant to D.N.M.LR-Civ. 41.1 (allowing for dismissal where the plaintiff takes no steps to move its case forward for 90 days).

**IT IS THEREFORE ORDERED** that Plaintiff show cause no later than **March 2, 2015**, why its claims should not be dismissed without prejudice for failure to prosecute under D.N.M.LR-Civ. 41.1.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**